# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131674 & (27)(28)(32)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v
                SC: 131674
                COA: 267176
                Wayne CC: 76-000356

LONZO DOWTIN-EL,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the June 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for evidentiary hearing, appointment of counsel, and miscellaneous relief are DENIED.

   KELLY, J., would grant leave to appeal to consider whether the Parole Board's policy of "life means life" improperly converted the defendant's sentence into a nonparolable life term.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008                   
d0616                 Clerk